IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LACY MITCHELL,

        Plaintiff,                   No. CIV S-08-1630 KJM P

    vs.

WILLIAMS, et al.,

        Defendants.        <u>ORDER</u>

                              /

        By an order filed October 7, 2008, plaintiff was ordered to file a complete in forma pauperis application within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed a complete in forma pauperis application.

        Accordingly, IT IS HEREBY ORDERED that:

        1. This case be dismissed without prejudice; and

        2. The Clerk of the Court is directed to enter judgment and close this case.

DATED: November 14, 2008.

                                                  U.S. MAGISTRATE JUDGE

2/mitc1630.fifp

1